**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

RICHARD WIMPYE,                 Case No.: 1:11-cv-845

    Plaintiff,                          Weber, J.
                                          Bowman, M.J.
    vs.

INTERNATIONAL ASSOCIATION OF
MACHINISTS & AEROSPACE WORKERS,
AFL-CIO/CLC, LOCAL LODGE 1943, et al.,

    Defendants.

**ORDER**

On February 13 and February 14, 2012, Defendants filed motions to dismiss Plaintiff's complaint, or in the alternative, motions for a more definite statement. (Docs. 10, 11, 13, 14). Thereafter, on March 6, 2012, Plaintiff, proceeding *pro se*, filed a document titled "Amended Complaint." (Doc. 15). Upon careful review, however, Plaintiff's document does not resemble an amended complaint and appears to be responsive to Defendants' pending motions. Plaintiff's "Amended Complaint" is therefore construed as a response in opposition to Defendants' motions to dismiss. Plaintiff may file a supplemental memorandum, if necessary, within **10 days** of the date of this Order. Defendants may file a reply memorandum(s) within **14 days** of the date of this Order.

    **IT IS SO ORDERED.**

                                                          */s Stephanie K. Bowman*
                                                          Stephanie K. Bowman
                                                          United States Magistrate Judge